**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEX VENTURES LLC, | CASE NO.: 1:26-CV-01552 |
| PLAINTIFF, | |
| V. | JUDGE VIRGINIA M. KENDALL |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE GABRIEL A. FUENTES |
| DEFENDANTS. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, with prejudice, as to the Defendant Yiwu Be Creative Arts&crafts Co., Ltd. (identified

on line 6 of Schedule A of the Complaint).

Dated:    May 19, 2026         Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***