# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LEX VENTURES LLC,

    PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:26-CV-01552

JUDGE VIRGINIA M. KENDALL

MAGISTRATE JUDGE GABRIEL A. FUENTES

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendants FRGITYGIFT, 跟卖必真实性投诉, and WXQRICH (identified on lines 224, 187, and 142 of Schedule A of the Complaint).

Dated:    June 22, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***